71 So.2d 880

**Daniel Q. JORDON v. STATE.**

4 Div. 253.

Court of Appeals of Alabama.

March 30, 1954.

A. R. Powell, Jr., Andalusia, for appellant.

Si Garrett, Atty. Gen., for the State.

CARR, Presiding Judge.

Affirmed.

74 So.2d 273

**Louis KEENE v. STATE.**

6 Div. 703.

Court of Appeals of Alabama.

Dec. 1, 1953.

Rehearing Denied March 23, 1954.

Ward W. McFarland, W. D. Partlow, Jr., and Hugh W. Roberts, Jr., Tuscaloosa, for appellant.

Si Garrett, Atty. Gen., for the State.

PRICE, Judge.

Affirmed

Certiorari denied, 261 Ala. 698, 74 So.2d 273.

68 So.2d 926

**James KILPATRICK**

**v.**

**STATE.**

8 Div. 335.

Court of Appeals of Alabama.

Nov. 3, 1953.

Geo. Rogers, Birmingham, for appellant.

Si Garrett, Atty. Gen., for the State.

PER CURIAM.

Appeal dismissed on motion of appellant.

64 So.2d 109

**Sherman LANCASTER v. STATE.**

8 Div. 190.

Court of Appeals of Alabama.
Feb. 17, 1953.

Rehearing Denied March 3, 1953.

E. C. Nix, Decatur, for appellant.

Si Garrett, Atty. Gen., and L. E. Barton, Asst. Atty. Gen. (Thos. M. Haas, Montgomery, of counsel), for the State.

HARWOOD, Judge.

Certiorari denied, 258 Ala. 561, 64 So.2d 109.

Affirmed.